December 18, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF A.L., M.L., AND J.Y.R., CHILDREN

NO. 14-12-00656-CV

_____

This cause, an appeal from the judgment terminating parental rights signed on July 27, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order the decision certified below for observance.

We further order the mandate be issued immediately.